# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

129941

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DOMONECK FORMANE HUNTER,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129941
COA: 265260
Genesee CC: 05-015458-FH

On order of the Court, the application for leave to appeal the October 18, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
Clerk

p0424